IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

Civil Action No.

RELIANCE PRECAST, LLC,

        Plaintiff,

    vs.

THE UNITED STATES OF AMERICA,

        Defendant.

---

**COMPLAINT**

---

The Plaintiff, Reliance Precast, LLC, by and through its attorneys, Kevin Planegger and Ted H. Merriam of the Merriam Law Firm, P.C., alleges for its complaint against the United States of America as follows:

**PARTIES, JURISDICTION AND VENUE**

1. The Plaintiff, Reliance Precast, LLC ("Reliance"), is a Colorado limited liability company, with legal mailing address at 4558 Weld County Road 12, Dacono, Colorado 80514 ("4558 WCR 12").

2. The United States of America is the Defendant ("United States" or "IRS"), by and through the actions of its agency, the Internal Revenue Service.

3. This action is brought against the United States pursuant to 26 U.S.C. §7426 to recover property seized by wrongful levies issued by the Internal Revenue Service on October 14, 2005 and June 22, 2006.

4. This Court has jurisdiction pursuant to 28 U.S.C. §§1331 and 1346(a)(1) and 26 U.S.C. §7426(a). Venue is proper in this Court pursuant to 28 U.S.C. §1391(e).

5. This action is brought within the statute of limitations pursuant to 26 U.S.C. §6532(c)(1)

## CLAIM FOR RELIEF

6. On August 31, 1992, Winfrey Architectural Concrete, Inc. ("WAC") was incorporated with the Colorado Secretary of State, and Robley Winfrey, II was named the President and Vice President. Mr. Winfrey was also the sole shareholder and sole

director of WAC.  From inception, Robley Winfrey, II operated WAC at 4558 WCR 12, Dacono, Colorado.

7.  WAC's business was primarily the construction of large structural concrete beams for use in the construction of buildings, highways and bridges.

8.  Beginning in 2000, WAC began to fall behind on all of its operating expenses, including its federal employment tax obligations, due to various financial difficulties.

9.  On May 5, 2003, WAC filed for bankruptcy, and Robley Winfrey, II was eventually removed from control of the company by order of the bankruptcy court.

10.  In early 2005, Mr. Winfrey began doing business as a sole proprietor using the trade name "Reliance Precast" for the purpose of making small concrete trim pieces for use with masonry.  In May of 2005, Mr. Winfrey sold the trade name "Reliance Precast" and certain other assets to the Plaintiff, Reliance Precast, LLC, a Colorado limited liability company owned and created by Audre Porterfield, for approximately $40,000.

11.   The ownership of the Plaintiff is completely different from the ownership of WAC.   The Plaintiff is solely owned by Audre Porterfield.   Ms. Porterfield had no ownership interest or any other connection with WAC.

12.   The business of the Plaintiff is completely different than the business of WAC.   WAC produced large pre-stressed structural elements for use in construction, while the Plaintiff produces decorative trim pieces for use in masonry facades and landscape applications.

13.   The forms, which are the essence of a precast operation, are altogether different between the two businesses. WAC employed large, expensive, and reusable steel forms to make enormous elements like the ones seen in highway overpasses or parking garages.   The Plaintiff uses none of these forms.   The Plaintiff makes ornamental masonry pieces like windowsills or caps for brick walls using custom made disposable forms specifically designed for each job.

14.   Given that the companies' products and the type of business are much different, their customers are significantly

different.  WAC sold predominantly to general contractors while the Plaintiff sells largely to masons.

15.  The Internal Revenue Service, through its Revenue Officer Patricia Korb, issued over 100 levies on the Plaintiff's accounts receivable and bank account, on or about October 14, 2005.

16.  On or about November 4, 2005, IRS filed notice(s) of federal tax lien against the Plaintiff in Weld County, Colorado and with the Colorado Secretary of State.  These tax liens identified the taxpayer as "Reliance Precast, LLC as Nominee/Alter Ego of Winfrey Architectural Concrete, Inc."

17.  From October 2005 through approximately May 2006, the IRS collected at least $82,077 in proceeds from their levies of the Plaintiff's property.

18.  The seized property, which belonged to and was owned by the Plaintiff, was apparently applied by IRS to WAC's delinquent federal employment tax liabilities.

19.  In June 2006, IRS issued additional "nominee levies" against the Plaintiff's bank and customers.

20.  The IRS levies in October 2005 and June 2006 were wrongful and illegal within the meaning of 26 U.S.C. $7426 because the Plaintiff owned the seized property; the Plaintiff did the work that generated the accounts receivable, and deposited its revenue in its bank accounts.

21.  The IRS has no legal right to or interest in the Plaintiff's property.

22.  Reliance Precast, LLC is an entirely separate and distinct entity from Winfrey Architectural Concrete, Inc.  The Plaintiff is not a nominee or "alter ego" of Winfrey Architectural Concrete, Inc.

## PRAYER FOR RELIEF

WHEREFORE, the Plaintiff prays:

1.  That the Court award the Plaintiff at least $82,077 for payments the IRS seized pursuant to the October 14, 2005 levies; and

2.    That the Court determine that the Plaintiff is neither the nominee nor alter ego of Winfrey Architectural Concrete, Inc; and

3.    That the Court award the Plaintiff such other and further relief as it deems just and proper.


Dated: June 29, 2006

                           Merriam Law Firm, P.C.

                    By:    s/Ted H. Merriam
                           Ted H. Merriam


                    By:    s/Kevin A. Planegger
                           Kevin A. Planegger

                           1625 Broadway, Suite 770
                           Denver, Colorado 80202
                           Telephone: (303) 592-5404
                           Email: tmerriam@taxlaw2848.com

                           Attorneys for the Plaintiff

Plaintiff:
Reliance Precast, LLC
4558 Weld County Road 12
Dacono, Colorado 80514