```
nFri Jun 30 10:05:40 2006

    UNITED STATES DISTRICT COURT

    DENVER          , CO

Receipt No.   100 269303
Cashier       carol

C.C. Number: SEE CRED CARD        09/08

DO Code    Div No
 4613       1

Sub Acct Type Tender      Amount
1:510000  N     4         190.00
2:006900  N     4          60.00
3:006400  N     4         100.00

Total Amount      $       350.00

FROM MERRIAM LAW FIRM

FILING FEE 06-CV-01265, RELIANCE PRECAST
V. US, CAH
```