IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

Civil Action No. 06-CV-01265-WDM-MJW

RELIANCE PRECAST, LLC,

       Plaintiff,

vs.

THE UNITED STATES OF AMERICA,

       Defendant.

---

**AFFIDAVIT IN SUPPORT OF
MOTION FOR PRELIMINARY INJUNCTION
AND TEMPORARY RESTRAINING ORDER**

---

I, Audre Porterfield, of lawful age, being duly sworn according to law upon her oath, deposes and says:

1. I am the sole owner of the Plaintiff in this case.

2. I had no connection with Winfrey Architectural Concrete, Inc. ("WAC"). I was not an owner, employee, officer, supplier or affiliate of WAC at any time.

3. Without immediate relief from the relentless and ongoing IRS levies and seizures, the Plaintiff will be forced out of business, and this wrongful levy action filed on June 29, 2006 will be moot.

4. From October of 2005 through the present, IRS Revenue Officer Patricia Korb has issued over three hundred levies to the Plaintiff's bank and customers of the Plaintiff in an effort to seize the Plaintiff's accounts receivable.

    a. IRS has already seized and collected at least $87,077 from over 100 levies sent out in October of 2005, which nearly put the Plaintiff out of business.

    b. In June of 2006, IRS issued another 130 levies attempting to collect another $293,247 of taxes not owed by the Plaintiff. It is unknown how much the IRS has seized and collected, but only a minimal amount of June's receivables has been paid to the Plaintiff by its customers.

    c. Since this lawsuit was filed, IRS sent out another unknown amount of levies in July 2006 in a further attempt to collect $293,247. It is unknown how much the IRS has seized and



collected from these efforts, but essentially none of July's receivables have been paid to the Plaintiff by its customers.

      d.  The additional $293,247 IRS is collecting from the Plaintiff for taxes owed by another company will certainly make it impossible for the Plaintiff to continue operations.

      5.  The Plaintiff is a relatively small business and the $293,247 IRS is currently collecting for taxes owed by another company is well in excess of the Plaintiff's monthly revenue.

      6.  Several taxes are due by the end of the month or are already due.  Federal unemployment, state employment, state unemployment and sales taxes totaling $15,179.20 have already accrued for the next payment period. Funds to pay these taxes are not available because of the IRS levies.

      7.  The ongoing IRS levies will force the Plaintiff to be delinquent in its federal employment tax obligations for the first time in the Plaintiff's existence.  Until now, the Plaintiff has always paid its Form 941 tax deposits, and all other tax obligations.

8. Venders have begun refusing to do business with the Plaintiff. There is more than $90,000 of accounts payable that need to be paid to maintain operations. Funds to pay vendors are not available because of the IRS levies.

9. Payroll of $14,000 to $16,000 is paid weekly. Employees have expressed that they will quit if the Plaintiff misses paychecks. Funds to pay employees are not available because of the IRS levies.

10. The Plaintiff's monthly rent of $12,366.33 is due on the 1st of the month. Funds to pay rent are not available because of the IRS levies.

11. Without immediate relief from the IRS seizures, the Plaintiff will be forced out of business.

Dated: July 26, 2006

_____
Audre Porterfield

Subscribed and sworn to before me this 26th day of July, 2006.
   WITNESS my hand and official seal.
   My commission expires:
       2-16-2009              _____

- 4 -