IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

Civil Action No. 06-CV-01265-WDM-MJW

RELIANCE PRECAST, LLC,

    Plaintiff,

vs.

THE UNITED STATES OF AMERICA,

    Defendant.

---

## CERTIFICATE OF SERVICE

---

The undersigned hereby certifies that he/she has served a true and correct copy of the <u>Motion for Preliminary Injunction and/or Temporary Restraining Order</u> via facsimile and by placing same in the United States mail, postage prepaid and addressed as follows:

Donald L. Korb, Chief Counsel  
Internal Revenue Service  
Internal Revenue Bldg., Room 3026  
10th and Constitution Avenue, N.W.  
Washington, DC  20224  
Fax: (202) 283-7176

William J. Leone  
United States Attorney  
1225 17th Street, Suite 700  
Denver, CO  80202  
Fax: (303) 454-0400

Alberto R. Gonzalez  
United States Attorney General  
United States Department of Justice  
950 Pennsylvania Avenue, N.W.  
Washington, DC  20530-0001  
Fax: (202) 514-4371

Revenue Officer Patricia Korb
Internal Revenue Service
MS: 5228 FC
301 South Howes Street, Rm. 302
Fort Collins, CO  80521
Fax: (970) 224-3785


Dated this 28th day of July, 2006.

                          Merriam Law Firm, P.C.


               By: <u>s/Ted H. Merriam</u>
                   Ted H. Merriam


               By: <u>s/Kevin A. Planegger</u>
                   Kevin A. Planegger

                   1625 Broadway, Suite 770
                   Denver, Colorado 80202
                   Telephone: (303) 592-5404
                   Facsimile: (303) 592-5439
                   Email: tmerriam@taxlaw2848.com

                   Attorneys for Plaintiff