IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WALKER D. MILLER

Civil Action No. 06-cv-01265-WDM-MJW

RELIANCE PRECAST, LLC,

    Plaintiff,

v.

UNITED STATES OF AMERICA,

    Defendant.

_____

## MINUTE ORDER
_____

JUDGE WALKER D. MILLER
Jane Trexler, Judicial Assistant/Deputy Clerk

    The following minute order is entered by Judge Walker D. Miller:

    Hearing on the motion for preliminary injunction (limited to 3 hours) will be held **August 3, 2006, at 1:30 p.m.** in the Alfred A. Arraj United States Courthouse, 901 19th St. Courtroom A902.

    No person will be allowed to enter the courthouse without valid state or government photo identification.


Dated:  August 1, 2006

                                                   s/ Jane Trexler, Judicial Assistant