IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CIVIL ACTION NO.  06-cv-01265 WDM MJW

RELIANCE PRECAST, LLC,

        Plaintiff,

v.

THE UNITED STATES OF AMERICA,

        Defendant.

___

**NOTICE OF APPEARANCE**
___

        The United States of America, by and through its undersigned counsel, hereby gives notice that, effective on the date below, Chad D. Nardiello and Goud P. Maragani, Trial Attorneys, Tax Division, United States Department of Justice, hereby appear on behalf of the United States of America in the above-captioned case.  Please serve all future pleadings, orders, and communications in this matter on the undersigned at the following addresses:

///

///

///

///

| | |
|---|---|
| Chad D. Nardiello<br>Trial Attorney, Tax Division<br>U.S. Department of Justice<br>P.O. Box 683<br>Ben Franklin Station<br>Washington, D.C.  20044<br>Telephone: (202) 514-6632<br>Facsimile: (202) 307-0054<br>Email: Chad.D.Nardiello@usdoj.gov | Goud P. Maragani<br>Trial Attorney, Tax Division<br>U.S. Department of Justice<br>P.O. Box 683<br>Ben Franklin Station<br>Washington, D.C.  20044<br>Telephone: (202) 307-6513<br>Facsimile: (202) 307-0054<br>Email: Goud.P.Maragani@usdoj.gov |

DATED this 2nd day of August, 2006.    Respectfully submitted,

WILLIAM LEONE
United States Attorney

MARK PESTAL
Assistant United States Attorney


 s/ Chad D. Nardiello
CHAD D. NARDIELLO
GOUD P. MARAGANI
Trial Attorneys, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C. 20044-0683
Telephone:     (202) 514-6632
                         (202) 307-6513
Facsimile:     (202) 307-0054
Email: Chad.D.Nardiello@usdoj.gov
            Goud.P.Maragani@usdoj.gov

Attorneys for United States

## CERTIFICATE OF SERVICE

I hereby certify that I have made service of the foregoing NOTICE OF APPEARANCE upon the parties hereto by depositing in the United States mail on the 2nd day of August, 2006, a true copy thereof, enclosed in an envelope with postage thereon, addressed to:

Reliance Precast, LLC
c/o Theodore (Ted) H. Merriam
Merriam Law Firm, P.C.
1625 Broadway, #770
Denver, CO 80202

 s/ Chad D. Nardiello
CHAD D. NARDIELLO
Trial Attorney, Tax Division
U.S. Department of Justice