# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

## JUDGE WALKER D. MILLER

## COURTROOM MINUTES

Courtroom Deputy: Kathy Preuitt-Parks  
Court Reporter: Terri Lindblom

Date: August 3, 2006  
Time: 2 hours and 47 minutes

**CASE NO.  06-cv-01265-WDM-MJW**

<u>Parties</u>

**RELIANCE PRECAST, LLC,**

       Plaintiff,

vs.

**UNITED STATES OF AMERICA,**

       Defendant.

<u>Counsel</u>

Theodore Merriam  
Kevin Planegger

Goud P. Maragani

## HEARING ON MOTION FOR PRELIMINARY INJUNCTION

**1:45 p.m.**   **COURT IN SESSION**

APPEARANCES OF COUNSEL.  Also present is Audre Porterfield on behalf of the plaintiff and Pat Korb on behalf of the Internal Revenue Service.

**ORDERED:**   Exhibits **1 though 7 inclusive, 11 though 15 inclusive, 20, 22, 23, 24, 25, 25, 26 and 27** are ADMITTED by stipulation.

**1:52 p.m.**   Argument by Mr. Merriam.

**2:08 a.m.**	Argument by Mr. Maragani.

Page Two
06-cv-01265-WDM-MJW
August 3, 2006

Exhibits **8, 9, 16, 17 and 18** are ADMITTED for purposes of this hearing over objection.

**2:31 p.m.**	Direct examination of plaintiff's witness Audre Porterfield.

Exhibit **19** identified and offered.  Objection by Mr. Maragani.

**ORDERED:**  Exhibit **19** is ADMITTED.

Exhibit **21** identified, offered and ADMITTED.

**3:09 p.m.**	Cross examination by Mr. Maragani.

**3:47 p.m.**	**COURT IN RECESS**

**4:00 p.m.**	**COURT IN SESSION**

Witness excused.

**4:01 p.m.**	Direct examination of plaintiff's witness Andrew Winfrey by Mr. Merriam.

Questions to the witness by the Court.

Exhibit **28** identified and offered.  Objection by Mr. Maragani.  Objection sustained.

Exhibit **29** identified and offered.  Voir dire by Mr. Maragani.

**ORDERED:**  Exhibit **29** is ADMITTED.

Exhibit **30** identified, offered and ADMITTED.

**ORDERED:**  Matter continued to **11:00 a.m. on August 4, 2006.**

**4:45 p.m.**	**COURT IN RECESS**

**Total in court time:**	167 minutes

**Hearing concluded**