# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

## JUDGE WALKER D. MILLER

## COURTROOM MINUTES

Courtroom Deputy: Kathy Preuitt-Parks         Date: August 4, 2006
Court Reporter: Kara Spitler                        Time: 2 hours and 12 minutes

**CASE NO.  06-cv-01265-WDM-MJW**

| Parties | Counsel |
|---|---|
| **RELIANCE PRECAST, LLC,** | Theodore Merriam |
|  | Kevin Planegger |
| Plaintiff, | |
| vs. | |
| **UNITED STATES OF AMERICA,** | Goud P. Maragani |
| Defendant. | |

## CONTINUED HEARING ON MOTION FOR PRELIMINARY INJUNCTION

**11:03 a.m.    COURT IN SESSION**

APPEARANCES OF COUNSEL.  Also present is Audre Porterfield on behalf of the plaintiff and Pat Korb on behalf of the Internal Revenue Service.

**11:04 a.m.**    Direct examination of defendant's witness Patricia Korb.

Exhibit **28** identified, offered and ADMITTED.

Exhibit **31** identified and offered.  Voir dire by Mr. Merriam.

**ORDERED:** Exhibit **31** is ADMITTED.
Page Two
06-cv-01265-WDM-MJW
August 4, 2006

**11:27 a.m.**   Cross examination by Mr. Merriam.

**12:05 p.m.**   **COURT IN RECESS**

**1:30 p.m.**   **COURT IN SESSION**

        Argument by Mr. Merriam.

**1:50 p.m.**   Argument by Mr. Maragani.

**2:09 p.m.**   Rebuttal argument by Mr. Merriam.

Court states its findings and conclusions.

**ORDERED:** Plaintiff's Motion for Temporary Restraining Order and for Preliminary Injunction (Doc #4), filed 7/27/06 is **DENIED.**

**2:40 p.m.**   **COURT IN RECESS**

**Total in court time:**   **132 minutes**

**Hearing concluded**