**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

CIVIL ACTION NO.  06-cv-01265 WDM MJW

RELIANCE PRECAST, LLC,

        Plaintiff,

v.

THE UNITED STATES OF AMERICA,

        Defendant.

---

**ANSWER**

---

The United States of America (the "United States"), by and through its undersigned attorneys, hereby responds to the numbered allegations of plaintiff's complaint as follows:

1.    The United States denies the allegations contained in paragraph one for lack of knowledge or information sufficient to form a belief as to the truth of such allegations.

2.    The United States admits the allegations contained in paragraph two.

3.    The United States denies the allegations contained in paragraph three that the issuance of such levies was wrongful.  The United States admits the remaining allegations contained in paragraph three.

4.    The United States admits the allegations contained in paragraph four.

5.    The United States admits the allegations contained in paragraph five.

6. The United States denies the allegations contained in paragraph six for lack of knowledge or information sufficient to form a belief as to the truth of such allegations.

7. The United States denies the allegations contained in paragraph seven for lack of knowledge or information sufficient to form a belief as to the truth of such allegations.

8. The United States denies the allegations contained in paragraph eight for lack of knowledge or information sufficient to form a belief as to the truth of such allegations.

9. The United States admits that Winfrey Architectural Concrete, Inc. filed for bankruptcy on May 5, 2003. The United States denies the remaining allegations contained in paragraph 9, for lack of knowledge or information sufficient to form a belief as to the truth of such allegations.

10. The United States denies the allegations contained in paragraph 10 for lack of knowledge or information sufficient to form a belief as to the truth of such allegations.

11. The United States denies the allegations contained in paragraph 11.

12. The United States denies the allegations contained in the first sentence of paragraph 12. The United States denies the remaining allegations contained in paragraph 12 for lack of knowledge or information sufficient to form a belief as to the truth of such allegations.

13. The United States denies the allegations contained in paragraph 13 for lack of knowledge or information sufficient to form a belief as to the truth of such allegations.

14. The United States denies the allegations contained in paragraph 14.

15. The United States admits the allegations contained in paragraph 15, but avers that the levies were issued between October 14, 2005 and November 3, 2005.

16. The United States admits that it filed Notices of Federal Tax Lien against plaintiff in Weld County, Colorado and with the Colorado Secretary of State, but avers that the Notices of Federal Tax Lien were filed on November 15, 2005 and November 17, 2005, respectively. The United States admits the remaining allegations contained in paragraph 16.

17. The United States denies that $82,077 was collected, but avers that $77,482.50 was collected during the same time-frame. The United States admits the remaining allegations contained in paragraph 17.

18. The United States denies that the seized property belonged to and was owned by the plaintiff, but avers that to the extent plaintiff held the seized property, it did so as the nominee and/or alter ego of Winfrey Architectural Concrete, Inc. The United States admits the remaining allegations contained in paragraph 18.

19. The United States admits the allegations contained in paragraph 19.

20. The United States denies the allegations contained in paragraph 20.

21. The United States denies the allegations contained in paragraph 21.

22. The United States denies the allegations contained in paragraph 22.

WHEREFORE, the United States prays for judgment in its favor against the plaintiff as follows:

        A.       That the court deny the relief requested in the complaint and dismiss this case with prejudice;

        B.       That the United States be awarded its attorneys' fees and costs incurred in this proceeding; and

        C.       That the United States be awarded such other relief as the court deems just and proper.

DATED this 29th day of August, 2006.    Respectfully submitted,

TROY A. EID  
United States Attorney

MARK PESTAL  
Assistant United States Attorney

 s/ Chad D. Nardiello  
CHAD D. NARDIELLO  
GOUD P. MARAGANI  
Trial Attorneys, Tax Division  
U.S. Department of Justice  
P.O. Box 683  
Ben Franklin Station  
Washington, D.C. 20044-0683  
Telephone:    (202) 514-6632  
                    (202) 307-6513  
Facsimile:    (202) 307-0054  
Email: Chad.D.Nardiello@usdoj.gov  
          Goud.P.Maragani@usdoj.gov

Attorneys for United States

## CERTIFICATE OF SERVICE

I hereby certify that I have made service of the foregoing ANSWER upon the parties hereto by depositing in the United States mail on the 29th day of August, 2006, a true copy thereof, enclosed in an envelope with postage thereon, addressed to:

Reliance Precast, LLC
c/o Theodore (Ted) H. Merriam
Merriam Law Firm, P.C.
1625 Broadway, #770
Denver, CO 80202

                                                   s/ Chad D. Nardiello
                                                CHAD D. NARDIELLO
                                                Trial Attorney, Tax Division
                                                U.S. Department of Justice