**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

CIVIL ACTION NO.  06-cv-01265 WDM MJW

RELIANCE PRECAST, LLC,

        Plaintiff,

v.

THE UNITED STATES OF AMERICA,

        Defendant.

---

**MOTION FOR LEAVE TO APPEAR TELEPHONICALLY**

---

The United States of America (the "United States"), by and through its undersigned attorneys, hereby moves this Court for leave to appear telephonically at the Scheduling/Planning Conference set for September 7, 2006, at 8:30 a.m. in courtroom A-502, Fifth Floor, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado 80294.

The lead attorney for the United States, Chad D. Nardiello, Esq. is located in Washington, D.C.  The United States' local counsel is Mark Pestal, Assistant United States Attorney.  However, Mr. Pestal has yet to enter a formal appearance in this case.  Chad D. Nardiello participated in the pre-scheduling conference meeting on behalf of the United States.  As such, the United States respectfully requests that Chad D. Nardiello be

permitted to appear by telephone at the Scheduling/Planning Conference referenced above, and that Mr. Pestal not be required to appear at such hearing.

DATED this 6th day of September, 2006.   Respectfully submitted,

TROY A. EID
United States Attorney

MARK PESTAL
Assistant United States Attorney


 s/ Chad D. Nardiello
CHAD D. NARDIELLO
GOUD P. MARAGANI
Trial Attorneys, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C. 20044-0683
Telephone:     (202) 514-6632
               (202) 307-6513
Facsimile:     (202) 307-0054
Email: Chad.D.Nardiello@usdoj.gov
       Goud.P.Maragani@usdoj.gov

Attorneys for United States

- 2 -

## CERTIFICATE OF SERVICE

I hereby certify that I have made service of the foregoing MOTION FOR LEAVE TO APPEAR TELEPHONICALLY upon the parties hereto electronically through the CM/ECF system for the U.S. District Court for the District of Colorado on the 6th day of September, 2006, addressed to:

RELIANCE PRECAST, LLC
c/o Theodore (Ted) H. Merriam
ted@tmerriamlaw.com

&

c/o Kevin A. Plannegger
aandm@taxlaw2848.com

                                          s/ Chad D. Nardiello
                                          CHAD D. NARDIELLO
                                          Trial Attorney, Tax Division
                                          U.S. Department of Justice