IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 06-cv-01265-WDM-MJW

RELIANCE PRECAST, LLC.,

Plaintiff(s),

v.

THE UNITED STATES OF AMERICA,

Defendant(s).

MINUTE ORDER

     It is hereby ORDERED that the Motion for Leave to Appear Telephonically, filed with the Court on September 6, 2006, DN 16, is GRANTED. Mr. Nardiello shall contact the court by calling (303) 844-2403, on September 7, 2006, at 8:30 a.m., (Mountain Time), to participate at the Scheduling Conference.

Date: September 6, 2006