IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

Civil Action No. 06-CV-01265-WDM-MJW

RELIANCE PRECAST, LLC,

       Plaintiff,

   vs.

THE UNITED STATES OF AMERICA,

       Defendant.

---

**UNOPPOSED MOTION TO DISMISS**

---

The plaintiff, Reliance Precast, LLC, by and through its attorneys, Ted H. Merriam and Kevin A. Planegger, respectfully moves the Court, pursuant to Rule 41 of the Federal Rules of Civil Procedure, to dismiss the Complaint filed in this matter, with prejudice, with each party to bear its own costs and fees.

AS GROUNDS, the plaintiff submits the following:

1.  The plaintiff filed a Complaint in this case on June 30, 2006 to appeal the Internal Revenue Service ("IRS") notices of levy issued on or about October 14, 2005, June 22, 2006, and

July 5, 2006 on the Plaintiff's accounts receivable and bank accounts to enforce collection of delinquent employment taxes owed by Winfrey Architectural Concrete, Inc. ("WAC").

2.   After the Complaint was filed, the defendant continued to issue numerous levies on the Plaintiff's accounts receivable and bank accounts.

3.   This Court denied our Motion for Preliminary Injunction and/or Temporary Restraining Order on August 8, 2006 to prevent the issuance of further levies.

4.   The plaintiff cannot stay in business with continued levy action by the defendant.

5.   The plaintiff will not remain in business long enough for this Court to hear the case.

6.   The plaintiff has tried to settle the case and underlying issues, but has not been successful.

7.   By having this case dismissed, the case and underlying issues will be returned to IRS for settlement negotiations.

8.  The defendant does not object to this motion.


WHEREFORE, the Plaintiff respectfully requests that the Court grant this motion to dismiss the Complaint with prejudice, with each party to bear its own costs and fees.


Dated: October 18, 2006

Merriam Law Firm, P.C.

By:  s/Ted H. Merriam
     Ted H. Merriam


By:  s/Kevin A. Planegger
     Kevin A. Planegger

     1625 Broadway, Suite 770
     Denver, Colorado 80202
     Telephone: (303) 592-5404
     Email: tmerriam@taxlaw2848.com

     Attorneys for the Plaintiff