IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

Civil Action No. 06-cv-01265-WDM-MJW

RELIANCE PRECAST, LLC.,

    Plaintiff,

v.

UNITED STATES OF AMERICA,

    Defendant.

---

## NOTICE OF DISMISSAL

---

    The court construes Unopposed Plaintiff's Motion to Dismiss in accordance with Fed. R. Civ. P. 41(a)(2). Accordingly, this case is dismissed with prejudice, each party to pay his or its own costs and attorneys' fees.

    DATED at Denver, Colorado, on October 24, 2006.

                                      BY THE COURT:

                                      s/ Walker D. Miller
                                      United States District Judge